AUSA: Rawsthorne Telephone: (810) 766-5177

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Trainer Telephone: (313) 771-6601

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Bryyce Andrew Reynolds,

Case No. 4:26-mj-30689
Judge: Ivy, Curtis
Filed: 10-30-2026

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of December 24, 2025 - March 28, 2026 in the county of Livingston in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 2422(b) | attempted coercion and enticement of a minor |
| 18 U.S.C. § 2252A(a)(2) | receipt and/or distribution of child pornography |
| 18 U.S.C. § 2252A(a)(5)(B) | possession of and/or access with intent to view child pornography |
| 18 U.S.C. § 1470 | transfer of obscene materials to a minor |

This criminal complaint is based on these facts:

There is probable cause to believe that Bryyce Reynolds violated 18 U.S.C. § 2422(b) (attempted coercion and enticement of a minor), 18 U.S.C. § 2252A(a)(2) (receipt and/or distribution of child pornography), 18 U.S.C. § 2252A(a)(5)(B) (possession of and/or access with intent to view child pornography), and 18 U.S.C. § 1470 (transfer of obscene material to a minor).

☑ Continued on the attached sheet.

*Complainant's signature*

Laura Trainer, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

*Judge's signature*

Date: October 30, 2026

City and state: Flint, MI

Hon. Curtis Ivy, Jr., United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT IN SUPPORT OF AN APPLICATION FOR CRIMINAL COMPLAINT AND ARREST WARRANT**

I, Laura Trainer, being first duly sworn, state as follows:

## I. INTRODUCTION

1. I am a Special Agent with the Department of Homeland Security Homeland Security Investigations (HSI) in Detroit, Michigan. I have been employed as a Special Agent for HSI since March 2007. While employed as a Special Agent by HSI, I was assigned to the Cyber Crimes Group for approximately 7 years and have investigated and assisted with investigations related to child exploitation and child pornography. I have received training in child pornography and child exploitation and have had the opportunity to observe and review examples of child pornography (as defined in 18 U.S.C. § 2256) in all forms of media, including computer media. In June 2019, I successfully completed the Internet Crimes Against Children (ICAC) Undercover Chatting Investigations training held in Fairfax, Virginia. In August 2020, I attended the Crimes Against Children Conference hosted virtually by the Dallas Children's Advocacy Center.

2. This affidavit is made in support of an application for a criminal complaint and arrest warrant for Bryyce Andrew Reynolds for violations of 18 U.S.C. § 2422(b), 18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 1470.

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information made available to me by other law enforcement professionals. These facts are provided for the sole purpose of establishing probable cause for the issuance of a criminal complaint and arrest warrant; therefore, this affidavit does not necessarily contain all information uncovered during this investigation. Because this affidavit is being submitted for the limited purpose of securing a criminal complaint and arrest warrant, I have not included each and every fact known to me concerning this investigation. I have set forth only the facts that I believe are necessary to establish probable cause for an arrest warrant for Bryyce Andrew Reynolds.

## II. PROBABLE CAUSE

4. HSI Detroit is assisting the Michigan State Police (MSP) with an investigation involving the sexual exploitation via the internet of an 11-year-old minor ("MV1") who resides in the Eastern District of Michigan.

5. In March 2026, MSP conducted a search warrant at MV1's home in Howell, Michigan, and seized numerous electronic devices, including an Apple iPhone in a clear glitter case from the master bedroom. This device is believed to be utilized by MV1.

***Law enforcement discover text messages between Bryyce Reynolds and MV1***

6. Law enforcement performed a forensic analysis on the Apple iPhone. During a review of the device, law enforcement discovered iMessage communications between MV1 and telephone number "+1810772****." This telephone number was stored in the device as "K BP." MV1 and "K BP" exchanged 1526 messages between December 24, 2025 and January 31, 2026.

7. On December 24, 2025 at 2:05PM, "K BP" tells MV1, "Hi." At 2:13PM, "K BP" says, "It's Bryyce.

8. On January 6, 2026 at 1:56AM, "K BP" tells MV1, "I wanna see you soon," to which MV1 replies, "I would like that." On January 9, 2026 at 11:42PM, "K BP" tells MV1, "I wanna see you," to which MV1 replies, "Awww ok I will snap you when I get on then (:"

9. On January 10, 2026 between 9:44PM and 11:05PM, the following conversation occurred:

K BP: What's your addy? And when can I see you?
Sorry I'm a bit drunk I apologize but I really do wanna hangout, I don't want to fuck but I do wanna hang out with you
MV1: When do you want to hangout
I would like thattt
K BP: Monday?
Me too
MV1: It would have to be late but I could
Actuallyyy well what time were you thinking and I can see what I can do
K BP: Ok bet

| | |
|---|---|
| | Late? |
| | Or around like 7-8 |
| MV1: | Later would be better |
| | Also I'm so tired so if I stop talking I fell asleep just so ykK |
| | BP: Ok ok are you like sneaking out? Or are you parents ok with you hanging out with me |

10. On January 11, 2026 between 9:49AM and 6:29PM, the following conversation occurred:

| | |
|---|---|
| K BP: | How late do you want me there? |
| MV1: | I don't think my mom would say anything if I told her I was gonna hangout with someone but my brother would freak out so I would have to make sure he's asleep |
| K BP: | Alright |
| | Sounds good to me |
| MV1: | (: |
| K BP: | What are you up to? |
| | Also I wanna see you snap me |
| MV1: | Just at my house rn |
| | Wbuuu |
| | And ok I will get on after I shower im a mess rn lol |
| K BP: | Why not during??? |
| MV1: | I've never taken a pic in the shower lol I can't imagine my face Looking very good while in the shower but ig I could be wrong |
| K BP: | One way to find out right |
| MV1: | Maybeee lol |
| K BP: | Please and thank you? I just miss your face |
| MV1: | Well hopefully I get to see ur face in person tmr (fingers Crossed emoji) |

This conversation continued with MV1 and "K BP" discussing a potential meeting.

11. On January 11, 2026 at 9:13PM, "K BP" asks MV1 for his/her address, which MV1 sends at 9:16PM. Between 11:44PM and 11:59PM, the following conversation occurred:

K BP: Ok ok I'm just gonna start heading over and if you can't
Then you can't and we can plan for another day
But hopefully tonight
I'm 46 minutes away
MV1: Wait ur driving 46 min just to come here? No right? I would
Actually feel terrible if I couldn't for some reason
K BP: No no you're on my way home
But sorta out of the way
But it's fine
MV1: Alr well hopefully by the time you get by meee
I want to see you so bad

12. On January 12, 2026 between 12:00AM and 2:40AM, the following conversation occurred:

K BP: I want to see you too
I hope so
30 minutes away
MV1: I'm gonna go to his room rn and see what's going on
K BP: Okie doki
Let me know
20 min out
MV1: Fuck ok
K BP: What's up
Ma'am
8 minutes
MV1: He's still awake
K BP: Bro
Just sneak out for like 15 minutes
I'm three minutes away
MV1: You just wanna hangout for a few min?
K BP: Yeah
Just see you
I'm in your neighborhood
Ma'am
MV1: You are?
Where?
K BP: Down the road
Are you outside?

| | |
|---|---|
| MV1: | No hang on I will ask my mom if I can go out rq |
| K BP: | Didn't think parking in front of your house was a good Idea<br>Ok ok |
| MV1: | Yea no don't do that lol |
| K BP: | Yeah definitely not |
| MV1: | Have you driven by my house tho so yk which one is mine if I can like get out fast |
| K BP: | Yes I think so<br>Just tell me when you're heading outside |
| MV1: | Ok I'm trying ik it's taking forever she's like freaking out but I Think I can get out |
| K BP: | Ok I'm driving by again<br>Ok I'm two. Houses down<br>To the left |
| MV1: | I'm tryinggg I feel like this is taking forever don't hate me |
| K BP: | It is<br>Can you go out the back door? |
| MV1: | Why |
| K BP: | So you make less noise?<br>Are you on your way out?<br>Ma'am<br>Ok what's wrong |

The conversation continued for some time, with K BP, later determined to be Reynolds, continuing to try to coax MV1 out of her house to meet with him.

13. A summons for subscriber information was sent to T-Mobile for telephone number "810-772-****." T-Mobile provided the following subscriber information:

| | |
|---|---|
| Subscriber First Name: | Bryyce |
| Subscriber Last Name: | Reynolds |
| Subscriber Address: | ***********, Brighton, MI 48114 |
| Effective Date: | 02/08/2024 |

| | |
|---|---|
| Status: | Active |
| Date of birth: | 11/03/2003 |

***Law enforcement discover Snapchat messages between MV1 and "brycce_reynol**"***

14. A search warrant was issued to Snapchat for accounts associated with MV1. Communications were discovered on three different Snapchat accounts between MV1 and Snapchat account "bryyce_reynol**."

15. One of MV1's account that contained MV1's first and last name and the number "27" (herein referred to as "Account 1") contained 138 messages that were exchanged between December 25, 2025 and March 28, 2026. The conversation is sexual in nature, and several images and videos are exchanged during the conversations.

16. On January 7, 2026 at 5:25AM, MV1 sends "bryyce_reynol**" a screenshot of a conversation with an unknown person. In this screenshot, two AI-generated images of MV1 can be seen, one of which MV1's breast and genitalia are exposed and the other MV1's breasts are exposed.

17. On January 8, 2026 at 6:05PM, MV1 sends "bryyce_reynol21" an AI-generated image where MV1 is smiling, wearing a necklace and is completely nude with his/her breasts and genitalia visible. A bed and stuffed toys are visible in the background of the image. At the bottom of the image the initials "T B" and

"yesterday at 7:50PM" are visible along with the editing and trash can icons, which suggests this image is also a screenshot.

18. On January 9, 2026 at 5:30AM, "bryyce_reynol**" sends MV1 a 9-second and a 7-second video of a white male masturbating his erect penis. No face is visible in either of the videos; however, the bottom of a light-colored T-shirt can be seen along with top band of the male's underwear and a pink bed sheet. The message, "I need to cum in you" was sent with the 9-second video. MV1 replies at 8:23PM, "Fuck ur actually so huge."

19. On January 14, 2026 at 1:55AM, MV1 sends a selfie style image to "bryyce_reynol**." MV1 is smiling with his/her tongue sticking out and his/her braces are visible. They have a Snapchat filter with gummy bears on his/her face. MV1 is wearing a necklace and a gray T-shirt and is sitting down with his/her legs open. The gray T-shirt covers MV1's genitalia. At 12:21PM, "bryyce_reynol**" sends MV1 a 7-second video of a white male masturbating his erect penis. No face is visible in the video; however, the same pink bed sheet from the masturbation video sent on January 9, 2026 can be seen.

20. On January 27, 2026 at 1:06AM, MV1 sends a message to "bryyce_reynol**" that says, "Hi sexyyy." At 4:53AM, "bryyce_reynol**" sends MV1 an image of a white male holding his erect penis with his bare torso visible. No face is visible in the image. At 4:57AM, "bryyce_reynol**" sends MV1 a 5-

second video of a white male masturbating his erect penis with his bare torso showing. No face is visible in the video; however, the male's tattoo can be seen on the inside of his right forearm. The message "I need to be inside you already" is sent with the video. The backgrounds in image and the video are the same.

21. On February 4, 2026 at 6:35AM, MV1 sends a selfie style image to "bryyce_reynol**." The lower half of MV1's face is visible. He/she is smiling with his/her tongue sticking out and his/her braces are visible. They have a Snapchat filter with gummy bears on his/her face. MV1 is wearing a necklace and is wrapped in a gray towel. MV1's left breast is exposed in the image.

22. On February 8, 2026 at 5:42AM, "bryyce_reynol**" sends MV1 an image of a white male's erect penis with a hand holding it and the message "This is all yours." A white sheet is visible in the image.

23. A summons was sent to Snapchat for subscriber information on Snapchat username "bryyce_reynol**." Snapchat provided the following subscriber information:

| | |
|---|---|
| Username: | bryyce_reynol** |
| Phone Number: | 18107726880 |
| Display Name: | Bryyce Reynolds |

24. Based on the information gathered, HSI Detroit sought and obtained federal search warrants for Reynold's home, person, and vehicle for evidence of his sexual exploitation of minors. On October 30, 2026, pursuant to those federal

search warrants, HSI personnel executed the search warrant at his residence in Brighton, Michigan.

25. In a post-Miranda interview, Reynolds confirmed his identity, his residence and his current phone number. He stated he had an iPhone 15, Macbook and a personal computer in his room. He provided the passcodes for his devices and stated no one else uses them but him. Reynolds confirmed that he was the user of the Snapchat account “bryyce_reynol**” that communicated with MV1. When Reynolds was shown an image of MV1 from one of their Snapchat conversations, he admitted he did know who MV1 was but thought he/she was fake. He stated MV1 told him he/she was older than their 17-year-old sibling. Reynolds knew MV1’s first name. He stated their conversations were sexual, and MV1 sent him three AI images where you could see MV1’s genitalia. Reynolds stated he sent MV1 pictures of his genitals. When asked if he ever met MV1 in person, Reynolds initially stated no but later admitted that he drove to MV1’s house thirty minutes away from his house in the winter later at night and waited “what felt like forever”. Reynolds stated he wanted to see if MV1 was real and saw him/her in the window of the house but MV1 would not come outside to his vehicle.

26. During a manual review of Reynold’s Macbook, clothed videos of MV1 were located and a picture of MV1 sitting down and wearing short shorts.

The same text message conversation between Reynolds and MV1 that was located on MV1's device was also located on Reynold's Macbook.

27. In a secondary interview, Reynolds stated he knew MV1 was young and first admitted he thought he/she was 15 years old, but then later stated he thought he/she was 13-years-old.

## III. CONCLUSION

28. Your Affiant respectfully submits that there is probable cause to believe that Bryyce Andrew Reynolds violated 18 U.S.C. § 2422(b), 18 U.S.C. § 2252A(a)(2), 18 U.S.C. § 2252A(a)(5)(B) and 18 U.S.C. § 1470.

29. Wherefore by this affidavit and application, Affiant requests that the Court authorize the issuance of a criminal complaint and arrest warrant for Bryyce Andrew Reynolds.

Respectfully submitted,

Laura L. Trainer, Special Agent
Department of Homeland Security
Homeland Security Investigations

Sworn to before me and signed in my presence and/or by reliable electronic means on October 30, 2026.

Hon. Curtis Ivy, Jr.
United States Magistrate Judge